UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORAINE MCWHORTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Case No.24-cv-00806-AMO<br><br>**JUDGMENT** |

On March 28, 2025, the Court granted Defendant Procter & Gamble Company's motion to dismiss the complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**